UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CARLOS ALBERTO ALVAREZ BELLOSO,

Petitioner,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; CHRISTOPHER J. LAROSE, in his official capacity as Warden of Otay Mesa Detention Center; GREGORY J. ARCHAMBAULT, in his official capacity as San Diego Field Office Director, ICE Enforcement Removal Operations; TODD LYONS, in his official capacity as Acting Director of ICE; TODD BLANCHE, Acting U.S. Attorney General; IMMIGRATION AND CUSTOMS ENFORCEMENT; and DEPARTMENT OF HOMELAND SECURITY,

Respondents.

Case No.: 3:26-cv-4506-JES-GC

**ORDER DENYING PETITION FOR WRIT OF HABEAS AS MOOT**

**[ECF No. 1]**

Before the Court is Petitioner Carlos Alberto Alvarez Belloso's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. The Court previously stayed consideration of the petition, pending results from a bond hearing to be

held on August 21, 2026. ECF No. 7. On September 2, 2026, the parties filed a status report, apprising the Court that Petitioner has been released from custody on bond. ECF No. 8. Accordingly, the Court now **DENIES AS MOOT** the petition and directs the Clerk of the Court to **CLOSE** the case.

**IT IS SO ORDERED.**

Dated: September 2, 2026

Honorable James E. Simmons Jr.
United States District Judge